# ACM - Texas, LLC
# Preliminary Balance Sheet
## As of June 30, 2008

|  | Jun 30, 08 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10800 · Mon Mkt BOC | 26,000.00 |
| 10700 · Bank of Colorado | -11,041.94 |
| **Total Checking/Savings** | 14,958.06 |
| | |
| **Accounts Receivable** | |
| Accounts Receivable | 305,667.27 |
| **Total Accounts Receivable** | 305,667.27 |
| | |
| **Other Current Assets** | |
| 1499 · Undeposited Funds | 950.00 |
| Inventory | 23,058.72 |
| **Total Other Current Assets** | 24,008.72 |
| | |
| **Total Current Assets** | 344,634.05 |
| | |
| **Fixed Assets** | |
| Fixed Assets | 437,303.08 |
| **Total Fixed Assets** | 437,303.08 |
| | |
| **Other Assets** | |
| 16000 · Other Assets | 15,485.00 |
| WTx - Mineral Rights | 5,010.00 |
| 16210 · Sec 704(c) Mineral Rights | 19,994,990.00 |
| **Total Other Assets** | 20,015,485.00 |
| | |
| **TOTAL ASSETS** | **20,797,422.13** |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 82,751.86 |
| **Total Accounts Payable** | 82,751.86 |
| | |
| **Other Current Liabilities** | |
| 22921 · William T. Evans | 50,000.00 |
| 20500 · Accrued Expenses | 7,500.00 |
| 20510 · Accrued Interest | 68,665.93 |
| 21000 · Payroll Liabilities | 26,050.27 |
| ST Notes Payable | 1,919,022.90 |
| **Total Other Current Liabilities** | 2,071,239.10 |
| | |
| **Total Current Liabilities** | 2,153,990.96 |
| | |
| **Long Term Liabilities** | |
| LT Notes Payable | 620,965.82 |

# ACM - Texas, LLC
## Preliminary Balance Sheet
### As of June 30, 2008

|  | Jun 30, 08 |
|---|---:|
| **Total Long Term Liabilities** | 620,965.82 |
| **Total Liabilities** | 2,774,956.78 |
| **Equity** | |
| 30150 · Royalty investors | 2,535,000.00 |
| 39000 · Partnership Equity | -2,835,935.23 |
| 30200 · Syndication fees | -338,899.22 |
| 3900 · *Retained Earnings | -2,285,063.03 |
| 30100 · Members Contribution | 1,474,613.47 |
| 30500 · ACM Transfer Capital | -257,731.18 |
| 30600 · Sec 704(c) Mineral Right | 19,994,990.00 |
| Net Income | -264,509.46 |
| **Total Equity** | 18,022,465.35 |
| **TOTAL LIABILITIES & EQUITY** | 20,797,422.13 |