# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

In re **ACM - Texas, LLC**                    Case No.    **08-70200**

                                              Chapter     **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 6 | $1,353,022.25 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $20,215.50 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $42,495.72 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | $2,959,695.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 25 | $1,353,022.25 | $3,022,406.22 | |

In re **ACM - Texas, LLC**     Case No.    **08-70200** _____
                                               (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

In re **ACM - Texas, LLC**                                        Case No.    **08-70200** _____

                                                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo DIP Account, Loveland, Colorado | | $1,772.25 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

In re **ACM - Texas, LLC**　　　　　　　　　　　Case No.　**08-70200** _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Requisition Order No. R038979 Los Angeles County Sanitation Districrs | | $524,850.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re **ACM - Texas, LLC**                    Case No. __08-70200_____

                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Have customer list but do not how to value | $0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | '05 Chev Crew Cab Pickup | $19,000.00 |
| | | '04 GMC Diesel  4X4 Pickup | $17,500.00 |

In re  **ACM - Texas, LLC**                      Case No.    **08-70200** _____
                                                           (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 2003 Chevy S-10 4X4 Pickup | $9,000.00 |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Packaging & Labeling Equipment/Tables | $10,800.00 |
| | | Office Furniture/Equipment | $900.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Packhouse Building (approx. 4,000 sq ft) | $37,000.00 |
| | | Forklifts (3) | $12,000.00 |
| | | Plant Building (approx. 5,400 sq ft) | $45,000.00 |
| | | Crushers (2 X 38,000) | $76,000.00 |
| | | Bucket elevators (3 X 22,000= 66000) | $66,000.00 |
| | | Screw Conveyors (5 X 16,600= 63,000) | $63,000.00 |
| | | 5-Deck Vibrating Screen Units (2 X 62,000= 124,000) | $124,000.00 |
| | | Pulverizer | $51,000.00 |
| | | Dust collectors (2 X 31,000= 62,000) | $62,000.00 |
| | | Bagging Units (2 X 11,000= 22,000) | $22,000.00 |
| | | Blower Unit | $14,500.00 |
| | | Scales | $3,000.00 |
| | | Analytical Equipment | $2,500.00 |

In re **ACM - Texas, LLC**                                        Case No. **08-70200** _____
                                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Air Compressors (3 X 4,600= 13,800) | $13,800.00 |
| | | Case Front Loader | $22,000.00 |
| | | Intersoll-Rand Rough-Terrain Forklift | $32,500.00 |
| | | Case Skid Steer | $18,000.00 |
| | | CAT Diesel Generator | $46,000.00 |
| | | Electrical Switch Boxes | $17,500.00 |
| | | Misc Power & Hand Tools | $1,300.00 |
| | | Copper Wiring | $10,200.00 |
| | | Fuel Storage Tank (approx. 3,000 gal | $10,000.00 |
| | | Mobile Office (20' X 8') | $4,500.00 |
| | | Mine Safety Equipment | $3,400.00 |
| 30. Inventory. | | Pulverized powder in 50-16 and 2,000-lb bags (estimated value) | $12,000.00 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |

In re **ACM - Texas, LLC**                                    Case No.   **08-70200**
                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | | TAA v. ACM Texas counterclaims; potential asset, unknown damages. | | Unknown |

_____5_____ continuation sheets attached                    **Total  >**        **$1,353,022.25**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re  **ACM - Texas, LLC**                                    Case No.  **08-70200**
                                                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $136,875.

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | **$0.00** | **$0.00** |

In re **ACM - Texas, LLC**                                    Case No. __08-70200_____
                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**GMAC<br>PO Box 9001948<br>Louisville, KY  40290** | | DATE INCURRED:  **on account**<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**05 Chev Crew Cab Pickup**<br>REMARKS:<br><br>VALUE:          **$19,000.00** | | | | **$10,624.00** | |
| ACCT #:<br><br>**GMAC<br>PO Box 630071<br>Dallas TX  75263-0071** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**'04 GMC Diesel  4X4 Pickup**<br>REMARKS:<br><br>VALUE:          **$17,500.00** | | | | **$8,604.00** | |
| ACCT #:<br><br>**Internal Revenue Service<br>PO Box 21125<br>Philadelphia, PA 19114** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**FICA Federal Lien**<br>COLLATERAL:<br>**Assets**<br>REMARKS:<br><br>VALUE:          **$987.50** | | | | **$987.50** | |
| | | | | | | | |
| | | Subtotal (Total of this Page) > | | | | **$20,215.50** | **$0.00** |
| | | Total (Use only on last page) > | | | | **$20,215.50** | **$0.00** |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **ACM - Texas, LLC**                                        Case No.    **08-70200**
                                                                                      (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____continuation sheets attached

In re **ACM - Texas, LLC**                                           Case No.  **08-70200**
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| **TYPE OF PRIORITY** | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**PO Box 21125**<br>**Philadelphia, PA 19114** | | DATE INCURRED:<br>CONSIDERATION:<br>**FICA & FUTA**<br>REMARKS: | | | | **$42,495.72** | **$38,777.50** | **$3,718.22** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets   **Subtotals (Totals of this page) >** | **$42,495.72** | **$38,777.50** | **$3,718.22** |

attached to Schedule of Creditors Holding Priority Claims

|  | **Total >** | **$42,495.72** | | |
|---|---|---|---|---|

**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

|  | **Totals >** | | **$38,777.50** | **$3,718.22** |
|---|---|---|---|---|

**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

In re    **ACM - Texas, LLC**                                                      Case No.   <u>08-70200</u>
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**American Talc Company**<br>**5123 E. County Road**<br>**Fort Collins, CO 80524** | | DATE INCURRED:<br>CONSIDERATION:<br>**Account**<br>REMARKS: | | | X | **$97,000.00** |
| ACCT #:<br>**Applied Chemical Magnesias Corporation**<br>**PO Box 270941**<br>**Fort Collins, CO 80527** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**B. Kay Brunnier**<br>**565 Graceland Drive**<br>**Carbondale, CO 81623** | | DATE INCURRED:<br>CONSIDERATION:  on account<br>**Account**<br>REMARKS: | | | | **$120,000.00** |
| ACCT #:<br>**Bill F Jones**<br>**2931 Country Place Circle**<br>**Carrollton, TX 75006** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**BKS Family Charitable Foundation**<br>**407 Settlement Ln**<br>**Carbondale, CO 81623** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**BKS Investments, Inc. c/o Carol Cashman**<br>**4245 N. Central Expwy #505**<br>**Dallas, TX 75205** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |

Subtotal >         **$217,000.00**

<u>        12        </u> continuation sheets attached

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**BKS Properties, Inc.**<br>**4500 Westway #1**<br>**Dallas, TX 75205** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Bret Holcomb**<br>**PO Box 654**<br>**Estes Park, CO 80517** | | DATE INCURRED:<br>CONSIDERATION: **on account**<br>**Account**<br>REMARKS: | | | | **$95,000.00** |
| ACCT #:<br>**Bryon M. & Peggy S. McGough**<br>**912 Bramblebush Street**<br>**Fort Collins, CO 80536** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Bryon R. & Jacqueline J. McGough**<br>**PO Box 272**<br>**Livermore, CO 80536** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Carhart Limited Partnership**<br>**PO Box 1470**<br>**Port Aransas, TX 78373** | | DATE INCURRED:<br>CONSIDERATION: **on account**<br>**Account**<br>REMARKS: | | | X | **$10,000.00** |
| ACCT #:<br>**Chris Acton**<br>**PO Box 5912**<br>**Austin, TX 78763** | | DATE INCURRED:<br>CONSIDERATION: **on account**<br>**Account**<br>REMARKS: | | | | **$25,000.00** |

Sheet no. <u>1</u> of <u>12</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$130,000.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Con-Way Freight, Inc.**<br>**RMS Bankruptcy Recovery Services**<br>**PO Box 5126**<br>**Timonium, MD 21094** | | DATE INCURRED:<br>CONSIDERATION:<br>**Account**<br>REMARKS: | | | X | $13,933.00 |
| ACCT #:<br>**Dale W. & Anne M. Smigelsky**<br>**1301 Brittany Court**<br>**FortCollins, CO 80525** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**Dan Tubb**<br>**3407 Haynie**<br>**Dallas, TX 75205** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**David R. Starn**<br>**7630 Huntington Dr.**<br>**Hudson, OH 44236** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**Douglas W. Perry**<br>**4137 Harbor Walk Drive**<br>**Fort Collins, CO 80525** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**Ed Yancey**<br>**4821 Caravelle Drive**<br>**Fort Collins, CO  80526** | | DATE INCURRED:<br>CONSIDERATION: **on account**<br>**Account**<br>REMARKS: | | | | $76,487.00 |

Sheet no. ____2____ of ____12____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $90,420.00

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Faircrest Corporation**<br>**PO Box 551358**<br>**Dallas, TX 75355** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Godfrey R. Gill**<br>**202 9th Ave, Apt 4**<br>**New York, NY 10011** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Gordon & Susan S. Wells**<br>**2413 Ridgecrest Rd.**<br>**Fort Collins, CO 80524** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Gordon Hall**<br>**202-399 Main Street**<br>**Penticton, B.C. V2A 5B7 Canada** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Gougler Industries, Inc.**<br>**c/o Scheml Law**<br>**219 W. Magnolia Street**<br>**Fort Collins, CO 80521** | | DATE INCURRED:    **on account**<br>CONSIDERATION:<br>**Attorney for Gougler Industries, Inc.**<br>REMARKS: | | | X | **$232,567.00** |
| ACCT #:<br>**Greg Yancey**<br>**5820 Piper Drive**<br>**Loveland, CO  80538** | | DATE INCURRED:    **on account**<br>CONSIDERATION:<br>**Account**<br>REMARKS: | | | | **$76,487.00** |

Sheet no. ____3____ of ____12____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$309,054.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Howard Baker**<br>**21 Lindenwood Drive**<br>**Littleton, CO  80120** | | DATE INCURRED:<br>CONSIDERATION:  **on account**<br>**Account**<br>REMARKS: | | | | **$64,000.00** |
| ACCT #:<br>**I.G. Bratton Family Limited Partnership**<br>**9778 Isabel CT.**<br>**Littleton, CO 81623** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**James & Haugland, P.C.**<br>**PO Box 1770**<br>**El Paso, TX 79949-1770** | | DATE INCURRED:<br>CONSIDERATION:<br>**Texas Architectural Aggregate, Inc.**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**James A Steinbacher**<br>**1402 Millcreek CT**<br>**College Station, TX 77845** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Janice Reaves**<br>**6 Condor Court**<br>**Conroe, TX 77304** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Jeff Hill**<br>**2186 Knoll Drive #A**<br>**Ventura, CA  93003** | | DATE INCURRED:<br>CONSIDERATION:  **on account**<br>**Account**<br>REMARKS: | | | | **$75,000.00** |

Sheet no. ___**4**___ of ___**12**___ continuation sheets attached to                                    **Subtotal >**         **$139,000.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Jerald Hampton c/o Solomon Smith Barn**<br>**1290 Avenue of the Americas, 16th FL**<br>**New York, NY 10104** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Joan E. Brothers**<br>**220 East 54th St. #7B**<br>**New York, NY 10022-4840** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Justin Tremayne Scherer**<br>**13094 Marcey Creek Rd.**<br>**Herndon, VA 20171** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Kathy May Notaro**<br>**PO Box 1517**<br>**Melville, NY 11747** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Kellie A. Holcomb**<br>**2520 Bedford Court**<br>**Fort Collins, CO 80526** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Kent Obermann**<br>**5332 Paradise Lane**<br>**Fort Collins, CO  80526** | | DATE INCURRED:   **on account**<br>CONSIDERATION:<br>**Account**<br>REMARKS: | | | | **$76,487.00** |

Sheet no. _____**5**_____ of _____**12**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**                    **$76,487.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Kit & Carri W. Case** <br> **2920 Dyer** <br> **Dallas, TX 75205** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Unknown** |
| ACCT #: <br> **Larry G. Novak** <br> **2377 212th Street** <br> **Ames, IA 50014** | | DATE INCURRED: <br> CONSIDERATION: <br> **Loan** <br> REMARKS: | | | X | **$300,000.00** |
| ACCT #: <br> **Linda P. Ewing** <br> **2903 Littlejohn Rd.** <br> **Winter Park, FL 32792** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Unknown** |
| ACCT #: <br> **Logan Garrison** <br> **3200 River Front Drive #108** <br> **Fort Worth, TX  76107** | | DATE INCURRED:  **on account** <br> CONSIDERATION: <br> **Account** <br> REMARKS: | | | | **$22,250.00** |
| ACCT #: <br> **Margaret Evans** <br> **59 Crystal Rd.** <br> **Carbondale, CO 81623** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Unknown** |
| ACCT #: <br> **Mark Miller** <br> **4906 Langdale Ct** <br> **Fort Collins, CO 80526** | | DATE INCURRED: <br> CONSIDERATION: <br> **Account** <br> REMARKS: | | | | **$50,000.00** |

Sheet no. ____6____ of ____12____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$372,250.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Martinez Law Firm**<br>**1703 N. Big Spring**<br>**Midland, Texas 79701** | | DATE INCURRED:  **12/03/2008**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS:<br>**Per engagement letter. Amount paid under fee agreement.** | | | | **$0.00** |
| ACCT #:<br>**Mathis Loving Trust**<br>**6450 Woodcrest Ln**<br>**Dallas, TX 752141** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Matthew E. & Juliette A. Bryant**<br>**1510 Bison Dr. #316**<br>**Williston, ND 58801** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Megumi Takei c/o Dan and Daise Tubb**<br>**31-28 29th #1F**<br>**Astoria, NY 11106** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Meri R. & Farrell R. Spencer**<br>**3226 Whitewood Ct.**<br>**Loveland, CO 80538** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Merlyn W. Dahlin Trust**<br>**8401 Lake Harbor Ct**<br>**Fort Worth, TX  76179** | | DATE INCURRED:  **on account**<br>CONSIDERATION:<br>**Account**<br>REMARKS: | | | | **$135,000.00** |

Sheet no. ____**7**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$135,000.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Michael B. Smith**<br>**2616 Crawford Street**<br>**Houston, TX 77004** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Michael M. Crow**<br>**5001 Spring Valley Road Ste. 350 East**<br>**Dallas, TX 75244** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Michael W. Johnson**<br>**3401 Mason Dr.**<br>**Plano, TX 75025** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Mineral Resource, Inc.**<br>**2817 Prestonwood Drive**<br>**Dallas, TX  75093** | | DATE INCURRED:     **on account**<br>CONSIDERATION:<br>**Account**<br>REMARKS: | | | | **$5,000.00** |
| ACCT #:<br>**Mona B. Jackson c/o Paul R. Jackson**<br>**7889 Eastlake Dr.**<br>**Murchison, TX 75778** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Patricia D. Cox**<br>**14012 Highmark Sq**<br>**Dallas, TX  75240** | | DATE INCURRED:     **on account**<br>CONSIDERATION:<br>**Stock & Loans**<br>REMARKS: | | | X | **$210,000.00** |

Sheet no. ____**8**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$215,000.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Paul and Patti Ludwick<br>733 Terra View CR.<br>Fort Collins, CO 80525** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**R.A. & Alesia McCreless<br>5231 Abbey Road<br>Fort Collins, CO  80526** | | DATE INCURRED:<br>CONSIDERATION:  **on account**<br>**Account**<br>REMARKS: | | | | **$347,068.00** |
| ACCT #:<br>**Richard J Hart, Jr.<br>3401 Malbrook Drive<br>Falls Church, VA 22044** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**RMC Industries<br>PO Box 270941<br>Fort Collins, CO  80527** | | DATE INCURRED:<br>CONSIDERATION:  **on account**<br>**Account**<br>REMARKS: | | | | **$720,166.00** |
| ACCT #:<br>**Robert F. Wertheimer, Jr<br>2211 Stoney Brook Dr.<br>Houston, TX 77063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Ron & Sue Maulsby<br>1141 Miramount Dr.<br>Fort Collins, CO 80524** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |

Sheet no. ____**9**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$1,067,234.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Ronald B. & Janet L. Smith**<br>**3010 Greenwood Clen Dr.**<br>**Kingwood, TX 77345-1326** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Ruth G. Dahlin Trust**<br>**8401 Lake Harbor CT**<br>**College Station, TX 77845** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | **$13,500.00** |
| ACCT #:<br>**Sabin B. Steinbacher**<br>**1402 Millcreek Ct.**<br>**College Station, TX 77845** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Scott Champ**<br>**4607 Valley Brook Cir**<br>**College Station, TX 78745** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Scott Hulse**<br>**201 E. Main, 11th Floor**<br>**PO Box 99123**<br>**El Paso, TX 79999-9123** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only TC USA, Inc.**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Sonya Case**<br>**PO Box 12442**<br>**Dallas, TX 75225** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |

Sheet no. ____**10**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**                  **$13,500.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Sterling Trust Company, Custodian FBO**<br>**PO Box 2526**<br>**Waco, Texas 76702-2526** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Steve Ames**<br>**4221 Johnson**<br>**Western Springs, IL  60558** | | DATE INCURRED:  on account<br>CONSIDERATION:<br>**Account**<br>REMARKS: | | | | **$69,750.00** |
| ACCT #:<br>**Steven and Cheryl Abernathy**<br>**311 Barbara Circle**<br>**Belleair, FL 33756** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Steven J Hoffmann**<br>**2501 Chadbourne**<br>**Plano, TX 75023** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Terrell M. Powell & Patricia R. Phi**<br>**2016 Brenwood**<br>**Austin, TX 78757** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Texas General Land Office**<br>**1700 N. Congress Ave., Ste 935**<br>**Austin, Texas 78701-1495** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**11**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$69,750.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Tom Billingsley<br>1906 Columbine Drive<br>Lufkin, TX 75904** | | DATE INCURRED:<br>CONSIDERATION: **on account**<br>**Account**<br>REMARKS: | | | | **$50,000.00** |
| ACCT #:<br>**W. Alan & Joyce T. Aument<br>7024 Vagabond Drive<br>FAlls Church, VA 22042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Walter Goldman dba Rem Consulting<br>14 Bayowski Rd<br>West Orange, NJ 07052** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**William T. Evans<br>565 Graceland Drive<br>Carbondale, CO 81623** | | DATE INCURRED: **on account**<br>CONSIDERATION:<br>**Account**<br>REMARKS: | | | | **$75,000.00** |
| ACCT #:<br>**Yushin Peng<br>725 Dickins Ave<br>Franlin Squares, NY 11010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Unknown** |
| | | | | | | |

Sheet no. ____**12**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$125,000.00**

**Total >**   **$2,959,695.00**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **ACM - Texas, LLC**          Case No. **08-70200**
                                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **James & Haugland, P.C.**<br>PO Box 1770<br>El Paso, TX 79949-1770 | Texas Architectural Aggregate, Inc. Lease Agreement<br>Contract to be ASSUMED |
| **Texas General Land Office** | Tract #2 Prospect permit M-102381 / Texas General Land Office (North 1/3 of Section 11 - containing 232.67 acres, more or less)<br>Contract to be ASSUMED |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

In re **ACM - Texas, LLC**                                          Case No. __08-70200_____
                                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**CEO**_____ of the __**Limited Liability Company**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**27**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date _____          Signature __**/s/ R. A. McCreless, CEO ACM Texas, LLC**_____

                                                                      **R. A. McCreless, CEO ACM Texas, LLC, President of Applied**
                                                                      **Chemical Magnesias, Corporation, Managing Member**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

In re:  **ACM - Texas, LLC**                                    Case No.  <u>08-70200</u>

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None

☐

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$312,130.00** | **2007 Tax return** |
| **($1,137,082.00)** | **2006 Tax Return** |
| **$760,000.00** | **2008 (Jan 1 - Oct 10)** |

---

None

☑

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None

☑

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☑

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None

☑

c.  All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None

☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Gougler Industries, Inc. an ohio orporation and Furukawa Company Vs.** | **Civil** | **Larimer County, CO Courtroom 4C** | **Judg filed** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

In re:   **ACM - Texas, LLC**                                    Case No.   **08-70200**

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

**Robert A. McCreless and ACM-
Texas, LLC.
a limited liability company
Case No. 06CV570**

| | | | |
|---|---|---|---|
| **Texas Architerctural Aggregate, Inc. Vs. ACM-Texas, LLC and Applied Chemical Magnesias Corporation No. 4564** | **Civil** | **Culberson County, TX 205th Judical Dist Ct** | **Trial Stayed** |
| **TC U.S.A Inc d/b/a Tennant Chemicals USA Inc., Vs. ACM-Texas, LLC. Civil Action No. 08CA0132** | **Civil** | **El Paso Federal CT** | **Trial Stayed** |
| **ACM-Texas, LLC Vs. Richard Reaves, Vs. Jeevan Sciences** | **Civil** | **Culberson County, TX 205th Judicial Dist Ct** | **Trial Stayed** |

None
☐   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Approx $5,000.00 garnished by law firm for Gougler Industries out of Bank of Colorado account** | | |

## 5. Repossessions, foreclosures and returns

None
☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None
☑   a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

In re:  **ACM - Texas, LLC**                                    Case No.  **08-70200**
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 7. Gifts

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Martinez Law Firm** **1703 N. Big Spring** **Midland, Texas 79701** | **10/10/2008** | **$15,000.00 placed in trust account** |

---

### 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **First National Bank** | **Acct # 600014289** | **$245.00** |
| **Bank of Colorado** | **Acct # 7000000805** | **$187.00** |
| **Bank of Choice** | **Acct # 9608434** | **$5136.00** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

In re:  **ACM - Texas, LLC**                                      Case No.   **08-70200**

                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

In re:  **ACM - Texas, LLC**                                      Case No.   **08-70200** _____

                                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS
Continuation Sheet No. 4

---

None  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is
☐     or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**NAME AND ADDRESS**
**OF GOVERNMENTAL UNIT**              **DOCKET NUMBER**          **STATUS OR DISPOSITION**
**Environment Protection**                                       **Stop Sale October 2007**
**Agency**

---

### 18. Nature, location and name of business

None  a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
☑     dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,
sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the
commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately
preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years
immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years
immediately preceding the commencement of this case.

---

None  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☑

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,
within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of
more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or
self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within
six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go
directly to the signature page.)

---

### 19. Books, records and financial statements

None  a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the
☐     keeping of books of account and records of the debtor.

**NAME AND ADDRESS**                          **DATES SERVICES RENDERED**
**Sexton & Assoc., CPA**                        **April 2008**
**Ft Collins, CO**

**Brock & Co., CPA**                            **April 2008**
**Ft Collins, CO**

---

None  b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account
☑     and records, or prepared a financial statement of the debtor.

---

None  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
☑     debtor.  If any of the books of account and records are not available, explain.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

In re:  **ACM - Texas, LLC**                              Case No.  **08-70200** _____

                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☐

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

**NAME AND ADDRESS**                    **DATE ISSUED**
**Members of ACM-Texas, LLC**

---

None ☐

## 20. Inventories

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| **DATE OF INVENTORY** | **INVENTORY SUPERVISOR** | **DOLLAR AMOUNT OF INVENTORY** (Specify cost, market or other basis) |
|---|---|---|
| 12/31/2007 | R.A. McCreless, CEO | 23,058.72 |
| 12/31/2006 | R.A. McCreless, CEO | 119,521.00 |

---

None ☑

b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None ☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| **NAME AND ADDRESS** | **TITLE** | **NATURE AND PERCENTAGE** OF STOCK OWNERSHIP |
|---|---|---|
| R.A. McCreless, CEO | Applied Chemical Magnesias Corporation | Majority Member |

---

## 22. Former partners, officers, directors and shareholders

None ☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

## 23. Withdrawals from a partnership or distributions by a corporation

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| **NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR** | **DATE AND PURPOSE OF WITHDRAWAL** | **AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY** |
|---|---|---|
| R.A. McCreless, CEO | various dates/partial return of princ | approx $48,000.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

In re:   **ACM - Texas, LLC**                                                                 Case No.   **08-70200** _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

**24. Tax Consolidation Group**

None

☑

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None

☑

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

In re:   **ACM - Texas, LLC**                                    Case No.   **08-70200**
                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____     Signature  **/s/ R. A. McCreless, CEO ACM Texas, LLC**

**R. A. McCreless, CEO ACM Texas, LLC; President of Applied
Chemical Magnesias, Corporation, Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

IN RE: **ACM - Texas, LLC**

CASE NO  **08-70200**

CHAPTER  **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐ I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 05 Chev Crew Cab Pickup | GMAC PO Box 9001948 Louisville, KY  40290 | ☐ Debtor will continue making payments to creditor without reaffirming. | ☐ | ☐ | ☐ |
| '04 GMC Diesel  4X4 Pickup | GMAC PO Box 630071 Dallas TX  75263-0071 | ☐ Debtor will continue making payments to creditor without reaffirming. | ☐ | ☐ | ☐ |
| Assets | Internal Revenue Service PO Box 21125 Philadelphia, PA 19114 | ☐ Debtor will continue making payments to creditor without reaffirming. | ☐ | ☐ | ☐ |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| Texas Architectural Aggregate, Inc. Lease Agreement | James & Haugland, P.C. PO Box 1770 El Paso, TX 79949-1770 | ☑ |
| Tract #2 Prospect permit M-102381 / Texas General Land Office (North 1/3 of Section 11 - containing 232.67 acres, more or less) | Texas General Land Office | ☑ |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

IN RE:   **ACM - Texas, LLC**                                CASE NO   **08-70200**

                                                             CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 1*

Date _____        Signature  **/s/ R. A. McCreless, CEO ACM Texas, LLC**
                                                        *R. A. McCreless, CEO ACM Texas, LLC*
                                                        *President of Applied Chemical Magnesias Corporation, Mananging Member*

Date _____        Signature _____

## CERTIFICATE OF SERVICE

    I, the below signed, do hereby certify that a true and correct copy of the foregoing Chapter 7 Individual Debtor's Statement of
Intention was mailed or otherwise served to the Chapter 7 Trustee, the secured creditors as listed on Schedule D, the United States
Trustee and/or to any other interested parties as may be required by B.R. 1007 and applicable local bankruptcy rules.

Date _____        **/s/ Alvaro Martinez, Jr.**
                                             **Alvaro Martinez, Jr.**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

IN RE:   **ACM - Texas, LLC**

Case No.   **08-70200**

Chapter   **7**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| RMC Industries<br>PO Box 270941<br>Fort Collins, CO  80527 | | Account | | **$720,166.00** |
| R.A. & Alesia McCreless<br>5231 Abbey Road<br>Fort Collins, CO  80526 | | Account | | **$347,068.00** |
| Larry G. Novak<br>2377 212th Street<br>Ames, IA 50014 | | Loan | *Disputed* | **$300,000.00** |
| Gougler Industries, Inc.<br>c/o Scheml Law<br>219 W. Magnolia Street<br>Fort Collins, CO 80521 | | Attorney for Gougler Industries, Inc. | *Disputed* | **$232,567.00** |
| Patricia D. Cox<br>14012 Highmark Sq<br>Dallas, TX  75240 | | Stock & Loans | *Disputed* | **$210,000.00** |
| Merlyn W. Dahlin Trust<br>8401 Lake Harbor Ct<br>Fort Worth, TX  76179 | | Account | | **$135,000.00** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

IN RE:   **ACM - Texas, LLC**

Case No.   **08-70200**

Chapter   **7**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| B. Kay Brunnier<br>565 Graceland Drive<br>Carbondale, CO  81623 | Account | | | **$120,000.00** |
| American Talc Company<br>5123 E. County Road<br>Fort Collins, CO 80524 | Account | | *Disputed* | **$97,000.00** |
| Bret Holcomb<br>PO Box 654<br>Estes Park, CO  80517 | Account | | | **$95,000.00** |
| Kent Obermann<br>5332 Paradise Lane<br>Fort Collins, CO  80526 | Account | | | **$76,487.00** |
| Greg Yancey<br>5820 Piper Drive<br>Loveland, CO  80538 | Account | | | **$76,487.00** |
| Ed Yancey<br>4821 Caravelle Drive<br>Fort Collins, CO  80526 | Account | | | **$76,487.00** |
| William T. Evans<br>565 Graceland Drive<br>Carbondale, CO  81623 | Account | | | **$75,000.00** |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

IN RE:   **ACM - Texas, LLC**                                    Case No.   **08-70200**

Chapter   **7**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Jeff Hill<br>2186 Knoll Drive #A<br>Ventura, CA 93003 | Account | | | **$75,000.00** |
| Steve Ames<br>4221 Johnson<br>Western Springs, IL 60558 | Account | | | **$69,750.00** |
| Howard Baker<br>21 Lindenwood Drive<br>Littleton, CO 80120 | Account | | | **$64,000.00** |
| Tom Billingsley<br>1906 Columbine Drive<br>Lufkin, TX 75904 | Account | | | **$50,000.00** |
| Mark Miller<br>4906 Langdale Ct<br>Fort Collins, CO 80526 | Account | | | **$50,000.00** |
| Internal Revenue Service<br>PO Box 21125<br>Philadelphia, PA 19114 | FICA & FUTA | | | **$42,495.72** |
| Chris Acton<br>PO Box 5912<br>Austin, TX 78763 | Account | | | **$25,000.00** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE:   **ACM - Texas, LLC**

Case No.   **08-70200**

Chapter   **7**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____CEO_____ of the __Limited Liability Company_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.

Date:_____          Signature:  **/s/ R. A. McCreless, CEO ACM Texas, LLC**_____
**_R. A. McCreless, CEO ACM Texas, LLC; President of Applied_**
**Chemical Magnesias, Corporation, Managing Member**