24 February 2009

Christy Carouth, Deputy Clerk

U.S. Bankruptcy Court

Western District of Texas

100 East Wall Street

Room P-163

Midland, TX 79701



Re:   Wrong Address for Notices / Case No. 08-70200-RBK

Dear Ms. Carouth:

It has come to my attention through a recent phone conversation with Mr. Marshall Miller, Trustee in the above-referenced case, that past notices to me personally from the court as well as other parties to the case have been mailed to the wrong address – 5231 Abbey Road in Fort Collins. I have not been at that address since Dec 23rd, 2008. I also do not have an attorney who is representing me personally.

My correct address is PO Box 270941 / Fort Collins, CO 80527.

Thank you for your attention to this matter.

Sincerely,

Robert A. McCreless

CC:

Via Fax 432-683-2587: Randall Rouse / Lynch, Chappell & Alsup / 300 N. Marienfeld / Suite 700 / Midland, TX 79701

Page 2

Letter dated 24 February 2009

**Via Fax 210-472-4649: James R. Rose, Jr. / Trial Atty / Office of US Trustee / 615 E. Houston / Suite 533 / San Antonio, TX 78205**

**Via Fax 214-527-3195: G. Michael Stewart / Godwin Ronquillo / 1201 Elm Street / Suite 1700 / Dallas, TX 75270**

**Via Fax 915-541-6440: Corey W. Haugland / James & Haugland, P.C. / 609 Montana Ave / El Paso, TX 79902**